AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ALLAN MICAH DANIELS,

     Petitioner,     JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00315-LRH-VPC**

E.K. MCDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to exhaust his available state-court remedies.

  September 16, 2010     **LANCE S. WILSON**
                                                  Clerk

                                        /s/ Katie Lynn Ogden
                                          Deputy Clerk